UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Harvey N. Levin
                      Plaintiff,

v.                                                 Case No.: 1:07–cv–04765
                                                  Honorable Edmond E. Chang

Lisa Madigan, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 15, 2015:

       MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. During the hearing, the Court and the parties discussed the defense extension to file a petition for a writ of certiorari (the extended deadline is 02/27/2015), and the related–issue Third Circuit case, Hildebrand v. Allegheny County, S. Ct. No. 14–363, which will be distributed for conference on around 02/20/2015. Status hearing set for 03/05/2015 at 9:00 a.m., at which time the parties shall be prepared to discuss what impact a grant of certiorari in Hildebrand would have on the trial and the trial schedule. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.